**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12−cv−61364−WJZ

LUIS LEBRON, individually,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
a foreign limited liability company,

    Defendant.

---

**PLAINTIFF'S NOTICE OF SETTLEMENT**

---

Plaintiff, LUIS LEBRON, hereby notifies the Court that a settlement has been reached between the parties, pending final execution of settlement documents and releases.

DATED: August 13, 2012

                                              Respectfully submitted,

                                              */s/ Scott D. Owens*
                                              **SCOTT D. OWENS, ESQ.**
                                              Florida Bar No.: 0597651
                                              664 E. Hallandale Beach Blvd.
                                              Hallandale, Florida 33009
                                              Phone  954-589-0588
                                              Fax     954-337-0666
                                              scott@scottdowens.com
                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**