**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 12–cv–61364–WJZ

LUIS LEBRON, individually,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
a foreign limited liability company,

    Defendant.

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement and release which settles the Plaintiff's claims against Defendant;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims which the Plaintiff, JOSEPH LEBRON, has pending against the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, are hereby dismissed with prejudice.

    Respectfully submitted,

    */s/ Scott D. Owens*
    SCOTT D. OWENS, ESQ.
    Florida Bar No. 0597651
    664 East Hallandale Beach Blvd.
    Hallandale, FL 33009
    Tel:   954-589-0588
    Fax:   954-337-0666
    scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ Scott D. Owens
       SCOTT D. OWENS, ESQ.