UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61364-CIV-ZLOCH

LUIS LEBRON,

    Plaintiff,

vs.                      **FINAL ORDER OF DISMISSAL**

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal (DE 8) filed herein by the Plaintiff.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation Of Dismissal (DE 8) filed herein by the Plaintiff be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this \_\_\_13th\_\_\_ day of September, 2012.

                                    /s/ William J. Zloch
                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:

All Counsel of Record